FILED
CLERK U.S. DISTRICT COURT

AUG 1 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, AND TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>MAVERICK ASPHALT, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV10-05378 SVW (JCx)<br><br>ASSIGNED TO THE HONORABLE STEPHEN V. WILSON<br><br>**AMENDED [PROPOSED] JUDGMENT**<br><br>[FED. R. CIV. P. 55(b)(2)]<br><br>DATE: July 11, 2011<br>TIME: 1:30 p.m.<br>COURTROOM: 6 |

///
///
///
///
///
///
///

Plaintiffs' motion for default judgment was granted on July 7, 2011. This Court's *In Chambers Order Granting Plaintiffs' Motion for Default Judgment* ("Order"), was entered on July 7, 2011.

After full consideration of the evidence, and the authorities submitted by counsel, and for good cause shown:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that judgment shall be entered against defendant Maverick Asphalt, Inc., a California corporation ("Maverick Asphalt"), according to the terms of the Order, a true and correct copy of which is attached hereto as **Exhibit "A"**. Specifically, plaintiffs, the Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from defendant Maverick Asphalt, Inc., a California corporation, the amount of $181,675.74, plus post-judgment interest as provided by law from the date of entry of the judgment herein.

Dated: 8/12/11

_____
UNITED STATES DISTRICT JUDGE

Presented by:

Dated: August 11, 2011

LAQUER URBAN CLIFFORD & HODGE LLP

By: /s/ *Emily Zung Manninger*
EMILY ZUNG MANNINGER
Attorney for Plaintiffs, Trustees of the Operating Engineers Pension Trust Fund, et al.

- 2 -
AMENDED [PROPOSED] JUDGMENT

452132